IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR27 |
| vs. | |
| MARCUS NAVEJAR, | ORDER |
| Defendant. | |

Because defense counsel is recoverying from surgery,

IT IS ORDERED that sentencing of this matter is continued until further of the court. Prosecution and defense schedule shall call Kris Leininger, 402-437-1640 next week to reschedule the sentencing. The Clerk shall notify the USMS.

Dated this 10th day of November, 2020.

BY THE COURT:

*Richard G Kopf*

Richard G. Kopf
Senior United States District Judge